ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATE OF GEORGIA



2003 JUL -9 P 4: 05

CLERK

| | |
|---|---|
| JACQUELINE E. GOBER, Individually, as Temporary Administrator of the Estate of Morris Russell Gober, deceased, and as next friend of JUSTIN S. EMMEOTT, CODY A. EMMEOTT, and BRITTANY EMMEOTT, the minor children of Russell Morris Gober, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>CLYDE REED SMITH, LARRY JACOBS, ROY LEE SMITH, TINA RAY, JOHN SMITH, in their individual and official capacities, and BRYAN COUNTY, GEORGIA, by and through BROOKS WARNELL, Chairman of the Bryan County Board of Commissioners, ED BACON, AL DIXON, BLONDEAN NEWMAN, and TOBY ROBERTS, Members of the Bryan County Board of Commissioners,<br><br>Defendants. | CASE NO. 4:03-CV-085 |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: _____July 7, 2003_____

2. Parties or counsel who participated in conference:

   DuAnn Cowart Davis for Plaintiff, Richard K. Strickland for Defendants

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.

   Defendants have been served.

8

4  Date the Rule 26(a)(1) disclosures were made or will be made:  July 21, 2003

5.  If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

  (a)  Identify the party or parties making the objection or proposal:

    None.

  (b)  Specify the objection or proposal:

    None

6.  The Local Rules provide a 140 day period for discovery. If any party is requesting a reduction of or additional time for discovery,

  (a)  Identify the party or parties requesting the change:

    None.

  (b)  State the amount of time change the parties are requesting for discovery

    None.

  (c)  Identify the reason(s) for requesting the time change for discovery:

    _____ Unusually large number of parties
    _____ Unusually large number of claims or defenses
    _____ Unusually large number of witnesses
    _____ Exceptionally complex factual issues
    _____ Need for discovery outside the United States
    _____ Other:_____

  (d)  Please provide a brief statement in support of each of the identified reasons:

7.  If any party is requesting that discovery be limited to particular issues or conducted in phases, please

  (a)  Identify the party or parties requesting such limits:
    None.

(b) State the nature of any proposed limits.

None.

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to file expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to file expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

None

(b) State which deadline should be modified and the reason supporting the request:

None.

9. State any other matters the Court should include in its scheduling order:

None.

10. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

The parties have discussed the possibility of early mediation. Joinder of necessary parties may be required, and Defendants assert that questions of liability and damages may hinder settlement as well.

3

This _ninth_ day of July, 2003

Signed: _____
DuAnn Cowart Davis - Attorney for Plaintiff

Signed: _____
Richard K. Strickland - Attorney for Defendant

*Continuation of Rule 26(f) Report*
*Gober, etal. v. Clyde Reed Smith, etal.*
*Case Number 4:03-CV-085*
*Page Four*